IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR59 |
| vs. | ) | |
| | ) | ORDER |
| VICTOR MANUEL PEREZ-OZUNA, | ) | |
| | ) | |
| Defendant. | ) | |

For cause shown,

**IT IS ORDERED** that defendant's "UNRESISTED MOTION TO RECONSIDER" [24] is granted, as follows:

1. The Order of April 14, 2008 [23] is vacated, and the defendant's Motion to Suppress [20] and Motion to Produce [21] filed on April 11, 2008 will be deemed timely filed.

2. The government shall respond, in writing, to each of the 21 items in the defendant's Motion to Produce [21] on or before **April 25, 2008.**

3. The government's response brief to defendant's Motion to Suppress [20] is due on or before **April 25, 2008.**

4. An evidentiary hearing on the Motion to Suppress [20] and Motion to Produce [21] will be held on **May 7, 2008 at 9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

**DATED this 18th day of April, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**